

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA BORUNDA, | § | No. 08-13-00331-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § | of El Paso County, Texas |
| | § | (TC# 2013-CCV02324) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant's cash deposit in lieu of cost bond all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF NOVEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.